[No. 19154-3-I.  Division One.  August 3, 1987.]

DEBORA K. HOLT, *Appellant,* v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-16676-4, Frank D. Howard, J., entered

January 24, 1986. *Reversed* and *remanded with instructions* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Cole and Enyeart, JJ. Pro Tem.